UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN KUHN-BROWN, | Case No. 2:19-cv-1140-RFB-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DWIGHT NEVEN, *et al*., | |
| Defendants. | |

Due to the re-scheduling of the inmate early mediation (IEM) conference, the Court extends the stay until Wednesday, January 26, 2022.  The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons,

THE COURT **ORDERS** that the stay is extended until Wednesday, January 26, 2022.  The Office of the Attorney General will file the report form regarding the results of the stay by that date.

DATED THIS __26th__ of October 2021

_____
United States Magistrate Judge