**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ERIN KUHN-BROWN,

        Plaintiff,

vs.

DWIGHT NEVEN, et al.,

        Defendants.

Case No.: 2:19-cv-01140-RFB-VCF

**REFERRAL TO PRO BONO PROGRAM**

    Before the court is plaintiff's ex parte motion for the appointment of counsel (ECF No. 27).

    Plaintiff is seeking for appointment of counsel because she is unable to afford counsel and that her case is complex. Proceeding *in forma pauperis* in this case does not grant Plaintiff the right for appointment of counsel.  Plaintiff's case is also not complex.  Plaintiff's motion is DENIED.  However, given that Plaintiff has stated a potential medical need, the court is referring this case to the Pro Bono Program ("Program") adopted in the Second Amended General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

    This case is referred to the Pro Bono Program ("Program") adopted in Second Amended General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff.  The scope of appointment will be for all purposes through the conclusion of trial.  By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's ex parte motion for the appointment of counsel (ECF No. 27) is DENIED.

IT IS FURTHER ORDERED that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that the Clerk forwards this order to the Pro Bono Liaison.

DATED this 2nd day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE