AARON D. FORD
 Attorney General
ANDREW C. NELSON, Bar No. 15971
 Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1227
E-mail:  acnelson@ag.nv.gov

*Attorneys for Defendants*
*Dwight Neven, Ronald Oliver,*
*Gabriella Najera fka Gabriella Garcia,*
*Marilyn Johnson, Heather Dougherty,*
*Tammy Otero and Rene Pena*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIN KUHN-BROWN, | Case No. 2:19-cv-01140-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER** |
| DWIGHT NEVEN, *et al.*, | **(First Request)** |
| Defendants. | |

    Plaintiff, Erin Kuhn-Brown, by and through counsel, Lawrence Semenza, and Defendants Dwight Neven, Ronald Oliver, Gabriella Najera fka Gabriella Garcia, Marilyn Johnson, Heather Dougherty, Tammy Otero and Rene Pena, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate to extend the deadline to file the Discovery Plan/Scheduling Order to October 21, 2022. The Court, in ECF No. 35, ordered the Discovery Plan/Scheduling be filed by September 30, 2022.

    Counsel for the Defendants has recently been assigned to the instant matter. Additionally, Plaintiff's Counsel has had difficulty obtaining Plaintiff's pleadings and papers. This is being solved between the parties. Therefore, Counsel for Plaintiff and Defendants has not been able to complete the Discovery Plan/Scheduling Order in this matter.

On Tuesday, September 20, 2022, and Monday, September 26, 2022, Counsel for Plaintiff and Counsel for the Defendants had two (2) telephonic conferences in which a stipulation was agreed upon. Accordingly, the Parties hereby stipulate to extend the deadline to file the DiscoveryPlan/Scheduling Order from September 30, 2022, to **October 21, 2022**. The Parties respectfully request the Court grant the request, and extend the deadline.

\* \* \*

DATED this 29th day of September, 2022

LAWRENCE J. SEMENZA, ESQ.
LAWRENCE J. SEMENZA, LTD.

By: *Lawrence Semenza*
    LAWRENCE J. SEMENZA, Bar No. 789

*Attorney for Plaintiff*

DATED this 29th day of September, 2022

AARON D. FORD
Attorney General

By: /s/ Andrew C. Nelson
    ANDREW C. NELSON, Bar No. 15971
    Deputy Attorney General

*Attorneys for Defendants*

**ORDER**

This Court having considered the parties stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the parties' stipulation to extend the deadline to file the Discovery Plan/Scheduling Order from September 30, 2022, to October 21, 2022 is hereby granted.

**IT IS SO ORDERED**

Dated this 29th day of September 2022.

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge