1  AARON D. FORD
   Attorney General
2  ANDREW C. NELSON, Bar No. 15971
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel:  (775) 684-1227
   E-mail:  acnelson@ag.nv.gov

*Attorneys for Defendants
Dwight Neven, Ronald Oliver,
Gabriella Najera fka Gabriella Garcia,
Marilyn Johnson, Heather Dougherty,
Tammy Otero and Rene Pena*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN KUHN-BROWN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01140-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/SCHEDULING ORDER**<br>**(Third Request)** |

　　　　Plaintiff, Erin Kuhn-Brown, by and through counsel, Lawrence Semenza, and Defendants Dwight Neven, Ronald Oliver, Gabriella Najera fka Gabriella Garcia, Marilyn Johnson, Heather Dougherty, Tammy Otero and Rene Pena, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate to extend the deadline to file the Discovery Plan/Scheduling Order to December 9, 2022. The Court, in ECF No. 35, ordered the Discovery Plan/Scheduling be filed by September 30, 2022.

　　　　Counsel for the Defendants has recently been assigned to the instant matter. Plaintiff's Counsel has recently received Plaintiff's pleadings and papers from the institution, but has not had adequate time to review the materials. Therefore, Counsel for Plaintiff and Defendants has not been able to complete the Discovery Plan/Scheduling Order in this matter.

Accordingly, the Parties hereby stipulate to extend the deadline to file the Discovery Plan/Scheduling Order from November 18, 2022, to **December 9, 2022**. The Parties respectfully request the Court grant the request, and extend the deadline.

* * *

DATED this 16th day of November, 2022          DATED this 16th day of November, 2022

LAWRENCE J. SEMENZA, ESQ.                     AARON D. FORD
LAWRENCE J. SEMENZA, LTD.                     Attorney General


By: */s/ Lawrence J. Semenza*                 By: */s/ Andrew C. Nelson*
    LAWRENCE J. SEMENZA, Bar No. 789              ANDREW C. NELSON, Bar No. 15971
                                                  Deputy Attorney General

   *Attorney for Plaintiff*                      *Attorneys for Defendants*


### ORDER

This Court having considered the parties stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the parties' stipulation to extend the deadline to file the Discovery Plan/Scheduling Order from November 18, 2022, to December 9, 2022, is hereby granted.

**IT IS SO ORDERED**


DATED this 16th day of November 2022.


IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge