Lawrence J. Semenza, Esq.
Nevada Bar No. 789
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 369-6999
Facsimile:   (702) 995-9036

Email: lsemenza@semenzalawfirm.com
*Attorneys for Erin Kuhn-Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN KUHN-BROWN,<br><br>              Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>              Defendants. | Case No. 2:19-cv-01140-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND OTHER DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiff, ERIN KUHN-BROWN, by and through her attorney of record, Lawrence J. Semenza, Esq., of the law firm of Lawrence J. Semenza, Ltd., and Defendants, by and through their Attorney of Record, Aaron D. Ford, Nevada Attorney General, and Janet E. Traut, Deputy Attorney General, hereby file their second joint application to extend the discovery cut off period and other deadlines in this case, pursuant to LR II 26-4. The present cut off date was September 5, 2023.

**I.     INITIAL DISCLOSURES**

This case is an Inmate case and Initial Disclosures were not specifically ordered, the parties Stipulate and Agree that they will exchange initial disclosures within thirty (30) days of today's date.

The Initial Disclosures will specifically include, but is not limited to, the medical records of Plaintiff from the date of the incident in 2018, through January 9, 2022, in Defendants' possession, and any medical records of Plaintiff in Plaintiff's counsel's possession.

## II.   DISCOVERY COMPLETED

1. Plaintiff has received most, but not all, of the medical records from numerous medical providers, but has not received all the records, and with the Initial Disclosures to be provided will have what is believed to be Plaintiff's complete medical records.

## III.   DISCOVERY TO BE COMPLETED

1. Once Plaintiff has received the Initial Disclosures, Plaintiff will be prepared to schedule depositions of Defendants and of incarcerated witnesses.

2. After the Initial Disclosures, Plaintiff will serve written discovery if necessary.

## IV.   REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMIT SER BY THE JOINT DISCOVERY AND SCHEDULING ORDER

Counsel has been working diligently to adhere to the current discovery deadlines; however, the difficulty in communicating with the client who is incarcerated, makes communication difficult. Obtaining medical records has been more difficult. Counsel's trial calendar and deadlines in other cases has led to a delay in completing the discovery.

The deadline for designating Experts was extended to July 7, 2023, and because Plaintiff still has not had received and reviewed medical records it is unknown if Expert medical testimony will be necessary. Additionally, it is still uncertain if safety engineers will be required to assess the working conditions and safety issues regarding the unsafe working conditions that the Plaintiff was subjected to.

The parties intended for the discovery to be completed within the existing discovery period, but counsel for the parties agree the current expert deadline is insufficient in time to

retain and disclose their experts. Accordingly, the parties have agreed to continue the discovery and expert disclosure deadlines an additional one hundred twenty (150) days.

**V.      PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

|  | **Existing Deadlines** | **Proposed Deadlines** |
|---|---|---|
| **Close of Discovery** | September 5, 2023 | February 2, 2024 |
| **Amend Pleadings/Add Parties** | June 7, 2023 | December 4, 2023 |
| **Initial Expert Disclosures** | July 7, 2023 | December 4, 2023 |
| **Rebuttal Expert Disclosures** | August 7, 2023 | January 3, 2024 |
| **Dispositive Motions** | July 7, 2023 | March 4, 2024 |

DATED this 5th day of October 2023.   DATED this 5th day of October 2023

LAWRENCE J. SEMENZA, LTD.              AARON D. FORD
                                       ATTORNEY GENERAL

*/s/ Lawrence J. Semenza*               */s/ Janet E. Traut*
Lawrence J. Semenza, Esq., Bar No. 789  Janet E. Traut, Bar No. 8695
3753 Howard Hughes Parkway, Suite 200   Deputy Attorney General
Las Vegas, Nevada 89169                 100 N. Carson Street
                                        Carson City, NV  89701

*Attorneys for Plaintiff Erin Kuhn-Brown*   *Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED:**

The discovery cut off is extended from September 5, 2023, to February 2, 2024 in which all discovery in this action shall be completed;

///

**IT IS FURTHER ORDERED:**

The Plaintiff and Defendants shall amend the pleadings and add parties at least ninety (90) days before the discovery cut off. Plaintiff and Defendants shall disclose their experts to each other at least sixty (60) days before the discovery cut off date which is by December 4, 2023, and Plaintiff and Defendant shall disclose rebuttal experts at least thirty (30) days after the initial date for disclosure of experts, which is January 3, 2024;

All pre-trial motions, including but not limited to, discovery motions, motions to dismiss and motions for summary judgment shall be filed and served no later than thirty (30) days after the close of discovery, which is March 4, 2024;

The Joint Pre-Trial Order in the above-captioned action shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, which shall be April 2, 2024; and  *If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.*

The last day for the parties to file their Motion and/or Stipulation to Extend discovery shall be twenty (20) days prior to the discovery cut off, which is January 15, 2024.

IT IS SO ORDERED this 5th day of October 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LAWRENCE J. SEMENZA, LTD.

*/s/ Lawrence J. Semenza*
LAWRENCE J. SEMENZA, ESQ.
3753 Howard Hughes Parkway Suite 200
Las Vegas, NV 89169
*Attorneys for Plaintiff Erin Kuhn-Brown*