# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Erin Kuhn-Brown,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Dwight Neven, *et al.*,<br><br>　　　　　Defendant(s). | 2:19-cv-01140-RFB-MDC<br><br>**Order** |

Pending before the Court is the *Stipulation and Order to Extend Discovery and Other Deadlines* (ECF No. 52). The Court DENIES the Stipulation WITHOUT PREJUDICE. First, the stipulation notes the current discovery deadline of February 2, 2024 and requests to move it to July 3, 2024. The order, however, provides for discovery deadline to be extended from September 5, 2023 to February 2, 2024. Second, the stipulation, dated February 28, 2024, does not comply with LR 26-3, which provides that a request "made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect." Finally, the Stipulation and Order contain the wrong case number ("VCF").

　　　　ACCORDINGLY,

　　　　IT IS ORDERED that the *Stipulation and Order to Extend Discovery and Other Deadlines* (ECF No. 52) is DENIED WITHOUT PREJUDICE.

　　　　DATED this 5th day of March 2024.

　　　　IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge