# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Erin Kuhn-Brown,

        Plaintiff(s),

v.

Dwight Neven, *et al.*,

        Defendant(s).

2:19-cv-01140-RFB-MDC

**ORDER**

      Pending before the Court is plaintiff's *Motion for Leave to File Stipulation to Extend Discovery Deadlines* (ECF No. 54). The Court finds that plaintiff has demonstrated excusable neglect for stipulating to extend discovery after the expiration of the subject deadlines, as required by LR 26-3.

      For additional good cause shown,

      **IT IS ORDERED** that plaintiff's Motion (ECF No. 54) is GRANTED.

      **IT FURTHER ORDERED** that pursuant to the parties' stipulation, attached as Exhibit A to the Motion (ECF No. 54), discovery shall be competed as follows:

1. Close of Discovery: **July 3, 2024.**
2. Deadline to Amend Pleadings/Add Parties: **April 3. 2024.**
3. Deadline for Initial Expert Disclosures: **May 6, 2024.**
4. Deadline for Rebuttal Expert Disclosures: **June 4, 2024.**
5. Deadline for Dispositive Motions: **August 1, 2024.**
6. Pretrial Order. The deadline for the Joint Pretrial Order is 30 days after the dispositive motion deadline. If dispositive motions are filed, the deadline for filing the Joint Pretrial Order will be suspended until 30 days after the decision on the dispositive motions or further court order.

7.  The disclosure required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the Joint Pretrial Order.

DATED this 25th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge