UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Erin Kuhn-Brown,<br><br>         Plaintiff(s),<br><br>vs.<br><br>Dwight Neven, et al.,<br><br>         Defendant(s). | 2:19-cv-01140-RFB-MDC<br><br>**ORDER GRANTING MOTION** |

For good cause shown and because it is unopposed, the *Motion for Extension of Time* (ECF No. 61) is **GRANTED**. The new deadlines will be as follows:

1. New Discovery deadline June 4, 2025.
2. Requests to extend discovery must be filed 21 days before expiration of this new deadline. May 14, 2025.
3. Discovery motions must be filed and served no later than 14 days after the close of discovery. June 18, 2025.
4. Motions for summary judgment must comply with the requirements of LR 56-1 and must be filed and served no later than 30 days after the close of discovery, which is Monday, July 7, 2025.
5. Pursuant to LR 26-1(b)(5), the parties must file a Joint Pretrial Order by August 6, 2025. If dispositive motions are filed, the date for filing the joint pretrial order will be suspended until 30 days after a decision on the dispositive motions or until further order of the Court.

DATED this 26th day of February 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge