Lawrence J. Semenza, Esq.
Nevada Bar No. 789
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 369-6999
Facsimile: (702) 995-9036

Email: lsemenza@semenzalawfirm.com
*Attorneys for Erin Kuhn-Brown*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ERIN KUHN-BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>        Defendants. | Case No. 2:19-cv-01140-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE/OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

Plaintiff, ERIN KUHN-BROWN, by and through her attorney of record, Lawrence J. Semenza, Esq., of the law firm of Lawrence J. Semenza, Ltd., and Defendants, by and through their Attorney of Record, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby file Third Stipulation to Extend Plaintiff's time to respond/oppose Defendants' Motion for Summary Judgment due to be filed September, 8, 2025.

**I.    SUMMARY JUDGMENT MOTION**

Defendants' Motion for Summary Judgment was filed and served on July 7, 2025, and included some 19 Exhibits, consisting of Declarations in support of the Motion and Exhibits consisting of Plaintiff's grievances filed at Florence McClure Women's Correctional Institution.

Counsel for Plaintiff has been working with his client who was hospitalized for 12 days to prepare the response/opposition and locate witnesses to assist in responding to Defendants' Motion but will not be able to meet the extended deadline of September, 8, 2025.

Counsel for the respective parties have agreed to extend Plaintiff's response/opposition to and including Monday, October 6, 2025.

DATED this 5th day of September, 2025.            DATED this 5th day of September, 2025

LAWRENCE J. SEMENZA, LTD.                          AARON D. FORD
                                                    ATTORNEY GENERAL

*/s/ Lawrence J. Semenza*                           */s/ Leo T. Hendges*
Lawrence J. Semenza, Esq., Bar No. 789              Leo T. Hendges, Bar No. 16034 Senior
3753 Howard Hughes Parkway, Suite 200               Deputy Attorney General
Las Vegas, Nevada 89169                             1 State of Nevada Way Suite 100
                                                    Las Vegas, NV  89119

*Attorneys for Plaintiff Erin Kuhn-Brown*           *Attorney for Defendants*

## ORDER

**IT IS HEREBY ORDERED:**

Plaintiff's response/opposition to Defendants' Motion for Summary Judgment is extended from September 8, 2025, until and including Monday, October 6, 2025.

**Dated:** September 8, 2025.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:
LAWRENCE J. SEMENZA, LTD.

*/s/ Lawrence J. Semenza*
LAWRENCE J. SEMENZA, ESQ.
3753 Howard Hughes Parkway Suite 200
Las Vegas, NV 89169
*Attorneys for Plaintiff Erin Kuhn-Brown*