Lawrence J. Semenza, Esq.
Nevada Bar No. 789
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 369-6999
Facsimile: (702) 995-9036

Email: lsemenza@semenzalawfirm.com
*Attorneys for Erin Kuhn-Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN KUHN-BROWN,<br><br>                        Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>                        Defendants. | Case No. 2:19-cv-01140-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE/OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FOURTH REQUEST)** |

Plaintiff, ERIN KUHN-BROWN, by and through her attorney of record, Lawrence J. Semenza, Esq., of the law firm of Lawrence J. Semenza, Ltd., and Defendants, by and through their Attorney of Record, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby file Fourth Stipulation to Extend Plaintiff's time to respond/oppose Defendants' Motion for Summary Judgment due to be filed on October 6, 2025.

**I.      SUMMARY JUDGMENT MOTION**

Defendants' Motion for Summary Judgment was filed and served on July 7, 2025, and included some 19 Exhibits, consisting of Declarations in support of the Motion and Exhibits consisting of Plaintiff's grievances filed at Florence McClure Women's Correctional Institution.

1  Counsel for Plaintiff has been working with his client to prepare the response/opposition
2  and locate witnesses to assist in responding to Defendants' Motion, the Plaintiff was hospitalized
for 12 days, and during and after release, communication was sporadic. Medical records
requested, needed to respond/oppose, been requested but not revived, all leading to inability to
meet the extended deadline of October 6, 2025.

3  Counsel for the respective parties have agreed to extend Plaintiff's response/opposition to
4  and including Monday, December 1, 2025.

DATED this 2nd day of October, 2025.            DATED this 2nd day of October, 2025

LAWRENCE J. SEMENZA, LTD.                       AARON D. FORD
                                                ATTORNEY GENERAL

/s/ Lawrence J. Semenza                         /s/ Leo T. Hendges
Lawrence J. Semenza, Esq., Bar No. 789          Leo T. Hendges, Bar No. 16034
3753 Howard Hughes Parkway, Suite 200           Senior Deputy Attorney General
Las Vegas, Nevada 89169                         1 State of Nevada Way Suite 100
                                                Las Vegas, NV  89119

*Attorneys for Plaintiff Erin Kuhn-Brown*       *Attorney for Defendants*

**IT IS SO ORDERED.** Plaintiff's response/opposition to Defendants' Motion for Summary Judgment is extended from October 6, 2025, until and including Monday, December 1, 2025.

**DATED** this 3rd day of October, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE