Lawrence J. Semenza, Esq.
Nevada Bar No. 789
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 369-6999
Facsimile:   (702) 995-9036

Email: lsemenza@semenzalawfirm.com
*Attorneys for Erin Kuhn-Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN KUHN-BROWN,<br><br>                      Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>                      Defendants. | Case No. 2:19-cv-01140-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE/OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIFTH REQUEST)** |

Plaintiff, ERIN KUHN-BROWN, by and through her attorney of record, Lawrence J. Semenza, Esq., of the law firm of Lawrence J. Semenza, Ltd., and Defendants, by and through their Attorney of Record, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby file Fifth Stipulation to Extend Plaintiff's Time to Respond/Oppose Defendants' Motion for Summary Judgment due to be filed on December 1, 2025.

**I.     SUMMARY JUDGMENT MOTION**

Defendants' Motion for Summary Judgment was filed and served on July 7, 2025, and included some 19 Exhibits, consisting of Declarations in support of the Motion and Exhibits consisting of Plaintiff's grievances filed at Florence McClure Women's Correctional Institution.

Counsel for Plaintiff has been working with his client to prepare the response/opposition and locate witnesses to assist in responding to Defendants' Motion, the Plaintiff was hospitalized for 12 days, and during and after release, communication has been sporadic. Medical records requested, needed to respond/oppose, were received by Kuhn-Brown' Consul on November 19, 2025, consisting of over eight hundred pages which have not been reviewed to determine if the records are relevant to opposing the motion for Summary judgment. All of the foregoing has led to inability to meet the extended deadline of December 1, 2025.

Counsel for the respective parties have agreed to extend Plaintiff's response/opposition to and including Friday, January 30, 2026.

DATED this 25th day of November, 2025.    DATED this 25th day of November, 2025

LAWRENCE J. SEMENZA, LTD.                AARON D. FORD
                                         ATTORNEY GENERAL

/s/ Lawrence J. Semenza                  /s/ Leo T. Hendges
Lawrence J. Semenza, Esq., Bar No. 789   Leo T. Hendges, Bar No. 16034
3753 Howard Hughes Parkway, Suite 200    Senior Deputy Attorney General
Las Vegas, Nevada 89169                  1 State of Nevada Way Suite 100
                                         Las Vegas, NV  89119

*Attorneys for Plaintiff Erin Kuhn-Brown*     *Attorney for Defendants*

## ORDER

**IT IS HEREBY ORDERED:**

Plaintiff's response/opposition to Defendants' Motion for Summary Judgment is extended from December 1, 2025, until and including Friday January 30, 2026.

**DATED**: November 25, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 369-6999