Lawrence J. Semenza, Esq.
Nevada Bar No. 789
LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 369-6999
Facsimile:   (702) 995-9036

Email: lsemenza@semenzalawfirm.com
*Attorneys for Erin Kuhn-Brown*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN KUHN-BROWN,<br><br>                                    Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>                                    Defendants. | Case No. 2:19-cv-01140-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE/OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(SIXTH REQUEST)** |

Plaintiff, ERIN KUHN-BROWN, by and through her attorney of record, Lawrence J. Semenza, Esq., of the law firm of Lawrence J. Semenza, Ltd., and Defendants, by and through their Attorney of Record, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby file Sixth Stipulation to Extend Plaintiff's Time to Respond/Oppose Defendants' Motion for Summary Judgment due to be filed on January 30, 2026.

LAWRENCE J. SEMENZA, LTD.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 369-6999

## I.    SUMMARY JUDGMENT MOTION

Defendants' Motion for Summary Judgment was filed and served on July 7, 2025, and included some 19 Exhibits, consisting of Declarations in support of the Motion and Exhibits consisting of Plaintiff's grievances filed at Florence McClure Women's Correctional Institution.

Counsel for Plaintiff has been working with his client to prepare the response/opposition and locate witnesses to assist in responding to Defendants' Motion, the Plaintiff was hospitalized for 12 days, and during and after her release, communication has been sporadic. Medical records requested, needed to respond/oppose, were received by Kuhn-Brown' Consul on November 19, 2025, consisting of over eight hundred pages, which have not been reviewed to determine if the records are relevant to opposing the motion for Summary Judgment. All of the foregoing has led to an inability to meet the extended deadline of December 1, 2025.

Plaintiff has been suffering months of excruciating cervical pain in her C-5 through C-7 area. The institution authorized surgery to this area in November 2025, but scheduling for surgery could only be performed January 14, 2026. Plaintiff after surgery has been prescribed pain medication which has further limited her effectiveness in preparing the opposition.

Counsel for the respective parties have agreed to extend Plaintiff's response/opposition to and including Monday, March 2, 2026.

Counsel for the respective parties are available during the month of April, 2026, for the Court to reset the set hearing on the Motion for Summary Judgment..

DATED this 30th day of January, 2026.          DATED this 30th day of January, 2026

LAWRENCE J. SEMENZA, LTD.                        AARON D. FORD
                                                 ATTORNEY GENERAL

/s/ Lawrence J. Semenza                          /s/ Leo T. Hendges
Lawrence J. Semenza, Esq., Bar No. 789           Leo T. Hendges, Bar No. 16034
3753 Howard Hughes Parkway, Suite 200            Senior Deputy Attorney General
Las Vegas, Nevada 89169                          1 State of Nevada Way Suite 100
                                                 Las Vegas, NV 89119

*Attorneys for Plaintiff Erin Kuhn-Brown*        *Attorney for Defendants*

## ORDER

**IT IS HEREBY ORDERED:**

Plaintiff's response/opposition to Defendants' Motion for Summary Judgment is extended from January, 30, 2026, until and including March 2, 2026.

DATED this 2nd day of February, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**